UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK RUFENER<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil  No. C07-0068-RSL-MAT<br><br><br><br>(~~PROPOSED~~) ORDER |

Based upon consideration of Defendant's Motion for an extension of time and the Declaration of Terrye E. Shea in support of the request, it is hereby ORDERED that the Defendant shall have an extension to and including September 11, 2007, to file Defendant's responsive brief.  It is further ORDERED that Plaintiff shall have to and including September 25, 2007, to file Plaintiff's optional Reply Brief.

DATED this <u>11th</u> day of September, 2007.


                                        s/ Mary Alice Theiler
                                        United States Magistrate Judge

Presented by:

s/ Terrye E. Shea   WSB # 27609
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900
Seattle, WA 98104
Phone: (206) 615-2143
Fax: (206)615-2531
terrye.shea@ssa.gov